UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 4:26-MJ-00061 |
| v. | : | |
| | : | (Magistrate Judge Camoni) |
| SHANNON ISLER | : | |
| | : | (Filed electronically) |
| Defendant | : | |

MOTION TO CONTINUE PRELIMINARY EXAMINATION

NOW, comes the United States of America, by and through Brian D. Miller, United States Attorney for the Middle District of Pennsylvania, and Luisa Honora Berti, Assistant United States Attorney for the District, and respectfully submits this Motion to Continue the Preliminary Examination scheduled for September 10, 2026, and in support thereof submits the following:

1. A Preliminary Examination in this matter is presently scheduled for Thursday, September 10, 2026, at 1:30 p.m. at the Federal Courthouse in Williamsport, PA.

2. Due to a scheduling conflict, the government will be unavailable on September 10, 2026 and requests that the Preliminary Examination be continued for a period of thirty (30) days.

3. It is respectfully submitted that the ends of justice will be served by a continuance of the Preliminary Examination pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

4. Attorney Amanda Gaynor, counsel for the defendant, concurs in this request.

5. Wherefore, for the reasons stated herein, the government respectfully requests that this Honorable Court grant the government's Motion to Continue the Preliminary Examination for a period of thirty (30) days.

Respectfully Submitted,

BRIAN D. MILLER
United States Attorney

*/s/ Luisa Honora Berti*
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO. 4:26-MJ-00061** |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Camoni)** |
| **SHANNON ISLER** | : | |
| | : | **(Filed electronically)** |
| **Defendant** | : | |

**CERTIFICATE OF CONCURRENCE**

I, Luisa Honora Berti, certify that counsel for the defendant, Amanda Gaynor, Esquire, concurs in the Motion to Continue the Preliminary Examination.

Respectfully submitted,

*/s/ Luisa Honora Berti*
LUISA HONORA BERTI
Assistant United States Attorney

Date: September 3, 2026

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO. 4:26-MJ-00061** |
| | : | |
| v. | : | |
| | : | **(Magistrate Judge Camoni)** |
| **SHANNON ISLER** | : | |
| | : | **(Filed electronically)** |
| **Defendant** | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on September 3, 2026, she served a copy of the attached:

**MOTION TO CONTINUE PRELIMINARY EXAMINATION**

by ECF:

Amanda Gaynor, Esq.

*/s/ Terri L. Pendolphi*
TERRI L. PENDOLPHI
Legal Administrative Specialist